UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:05-CR-00263-EAK-MSS

LONGO.
_____/

ORDER ON DEFENDANT'S MOTION

This CAUSE is before this Court on Defendant's, Francesco Longo, in forma pauperis motion for copies of transcripts to be used to prepare a 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence (Doc.76). The motion for transcripts will be denied because Defendant can file the motion to vacate without a complete record of his case. See Donovan v. Maine, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); Lloyd v. Van Natta, 296 F.3d 630 (7th Cir. 2001), cert. denied 123 S. Ct. (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling). Defendant is scheduled to be released on July 29, 2011. Accordingly, it is:

**ORDERED** that the Defendant's, Francesco Longo, Motion for Court Transcripts be **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ___6___th day of June, 2011.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.